Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone:  559-431-9710
Attorney for Defendant, JESUS MERAZ-ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>    v.<br><br>JESUS MERAZ-ALVAREZ,<br>ELIAN GALLARDO-MENDOZA,<br>JESUS TORRES-MENDOZA<br><br>                      Defendants. | No.  1:13-CR-00282 SKO<br><br>**STIPULATION TO CONTINUE STATUS HEARING AND ORDER THEREON**<br><br>**Date:  March 17, 2014**<br>**Time:  9:00 a.m.**<br>**Judge: Honorable Sheila K. Oberto**<br>          **United States Magistrate** |

**STIPULATION**

It is hereby stipulated by and between the parties hereto that the status hearing in the above entitled matter now set for March 17, 2014, may be continued to May 5, 2014 at 1:00 p.m.

The parties agree that time shall be excluded pursuant to 18 U.S.C. § 3161, subd. (h) (7) (A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, and plea negotiations taking into account the exercise of due diligence.

Good cause exists to allow time to receive and review revised plea agreements from the Government.

1

| | | |
|---|---|---|
| DATED: March 11, 2014 | | FLETCHER & FOGDERUDE, INC. |
| | | /s/ Eric K. Fogderude .
ERIC K. FOGDERUDE
Attorney for Defendant, JESUS MERAZ-ALVAREZ |
| DATED: March 11, 2014 | | /s/ Nicholas Reyes
NICHOLAS REYES,
Attorney for Defendant, ELIAN GALLARDO-MENDOZA |
| DATED: March 11, 2014 | | /s/ Richard Beshwate
RICHARD BESHWATE,
Attorney for Defendant, JESUS TORRES-MENDOZA |
| DATED: March 11, 2014 | | Benjamin B. Wagner
United States Attorney
/s/ Melanie Alsworth .
MELANIE ALSWORTH, Assistant US Attorney |

**ORDER**

The court grants the parties' stipulation to continue the status hearing from March 17, 2014, at 9:00 a.m. to May 5, 2014, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto. Time is excluded pursuant to 18 U.S.C. §3161, subd.(h)(8)(A) and (B) for the reasons set forth in the parties' stipulation and based on the court's finding that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

The parties shall be prepared to set the matter for trial before District Judge Lawrence J. O'Neill at the May 5, 2014, hearing if they are unable to resolve the case.

IT IS SO ORDERED.

   Dated: **March 13, 2014**         **/s/ Sheila K. Oberto**
                                                      UNITED STATES MAGISTRATE JUDGE