NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone: 559-486-4500
Facsimile: 559-486-4533
Email: reyesf@earthlink.net

Attorney for Defendant
ELIAN GALLARDO-MENDOZA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-282-LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| ELIAN GALLARDO-MENDOZA, | |
| Defendant. | |

Defendant, ELIAN GALLARDO-MENDOZA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, MELANIE ALSWORTH, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, March 2, 2015, at 8:30 a.m. be continued to Monday, March 16, 2015 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

///
///
///
///
///

1

**IT IS SO STIPULATED**

Dated: 02-25-15 /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant

**IT IS SO STIPULATED**


Dated: 02-25-15 /s/ Melanie Alsworth
MELANIE ALSWORTH
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated: **February 25, 2015** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE